SO ORDERED.

Dated: July 22, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-15529

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-13371-RTB |
| David Adam White, Jr | Chapter 7 |
| Debtor. | ORDER |
| U.S. Bank, National Association | (Related to Docket #20) |
| Movant, | |
| vs. | |
| David Adam White, Jr, Debtor, David A. Birdsell, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 20, 2007, and recorded in the office of the Maricopa County Recorder wherein U.S. Bank, National Association is the current beneficiary and David Adam White, Jr has an interest in, further described as:

> Lot 407, of FESTIVAL FOOTHILLS - PHASE I, according to the plat of record in the Office of the County Recorder of Maricopa County, Arizona, recorded in Book 879 of Maps, Page 40 and Affidavit(s) of Correction recorded as 2006-1613079 of Official Records and as 2007-0352592 of Official Records.
>
> Except all minerals, oil, gas and geothermal resources as reserved by the United States of America in Patent to said land recorded as 85-411086 of Official Records.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.